UNITED STATES of America,
Plaintiff–Appellee,

v.

Charlette Dufray JOHNSON,
a/k/a Charlotte Johnson,
Defendant–Appellant.

No. 12–7293.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 21, 2012.

Decided: Oct. 12, 2012.

Charlette Dufray Johnson, Appellant Pro Se. Jennifer P. May–Parker, Assistant

**848**

United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlette Dufray Johnson seeks to appeal the district court's order dismissing without prejudice her 28 U.S.C.A. § 2255 (West Supp.2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). We have independently reviewed the record and conclude that Johnson has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Because Johnson's § 2255 motion was dismissed without prejudice as premature, she is not precluded from filing a timely § 2255 motion after her convictions and sentence become final.